■ In the Matter of KENNETH M., Appellant, v CATHERINE T., Respondent. [61 NYS3d 501]—

Order, Family Court, New York County (Karen I. Lupuloff, J.), entered on or about June 30, 2016, which, to the extent appealed from as limited by the briefs, denied petitioner's pro se objections to an order of support, unanimously affirmed, without costs.

Petitioner failed to show a substantial change in circumstances to warrant a downward modification of his child support obligation. Petitioner's income slightly increased between entry of the support order and the petition, and he did not show that his expenses had significantly increased during that period (*see Bores v Bores*, 134 AD3d 527, 528 [1st Dept 2015]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Webber and Oing, JJ.